# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BRANDON TYLER SHEETS**                                                  **PLAINTIFF**
**ADC # 652781**

**VS.**                    **4:15CV00150-BRW-JJV**

**ROGER TROXEL, Doctor, White**
**County Detention Facility;** *et al.*                                       **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed and the time for doing so has passed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, Plaintiff's Motion for Preliminary Injunction (Doc. No. 37) is DENIED as MOOT.

IT IS SO ORDERED this 1st day of September, 2015.

                                                 /s/ Billy Roy Wilson
                                                 UNITED STATES DISTRICT JUDGE