IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRANDON TYLER SHEETS**                                                           **PLAINTIFF**
**ADC # 652781**

**VS.**                         **4:15CV00150-BRW**

**ROGER TROXEL, Doctor, White**
**County Detention Facility;** *et al.*                                          **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe. No objections were filed, and the time for doing so has passed. After a review of the RD and a *de novo* review of the record, I approve and adopt the RD in all respects.

Accordingly, Defendant Clayton Edwards' Motion for Summary Judgment (Doc. No. 57) and Defendant Roger Troxel's Motion for Summary Judgment (Doc. No. 61) are GRANTED. Defenda Edward's Motion to Dismiss (Doc. No. 66) is DENIED as MOOT. This case is DISMISSED with prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 11th day of February, 2016.

                                                            /s/ Billy Roy Wilson
                                                            UNITED STATES DISTRICT JUDGE